FILED
Western District of Washington
at Seattle

DEC 27 2022

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON BANKRUPTCY COURT

IN RE

Billie Jean Harris

NO. **22-11028**

SUPPLEMENTAL OBJECTION TO CLAIM #3 AND NOTICE OF HEARING

## I. NOTICE

Take notice that a hearing has been scheduled on the objection to Claim #3 as follows:

Judge: Dore

Place: Seattle Bankruptcy Court

Time: 9:30 AM

Date: January 4, 2022

If you oppose this motion you must file a response by December 28, 2022. If you fail to file a response the court may strike the hearing and consider the motion without a hearing.

OBJECTION TO CLAIM

## II. MOTION

I, Curtis Harris, the husband of the debtor Billie Jean Harris and owner of the property 34906 Military Road S, Auburn, WA 98001, and Billie Harris, the debtor[1] objects to the Claim filed on behalf of Deutsche Bank National Trust Company (Deutsche Bank) in this case.[2] My objections include the following:

I believe the deed of trust for Deutsche Bank is void. Deutsche Bank has been claiming that it can enforce a deed of trust recorded in favor of Ameriquest Mortgage Corporation. We have been trying to list and sale our residence as detailed in our proposed plan. During this time, a Title Insurance Company, Chicago Title, provided a title report identifying defects in the 2004 Deed of Trust. See Title Report Schedule B, Part II, Paragraph 4. It has said that it is unable to insure a sale of the property because there is not a valid person to pay on the deed of trust.

Alternately, I believe the deed of trust was discharged in the 2008 bankruptcy that I completed. See Case 08-10108. I am asking that the court confirm that the deed of trust is discharged so it does not continue to block the sale of our residence.

---

[1] While I, Billie Harris am represented in this case, the representation was to cover confirming a plan and this objection to claim exceeds the scope of representation. I ask that the court address me directly on this matter.

[2] The full name is Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-R5 (hereinafter "Deutsche Bank").

OBJECTION TO CLAIM

December 20-2022

_____

Billie Harris, Debtor

*/s/ Curtis R. Harris*

Curtis Harris, Property Owner

Given this history, I am asking that the court apply an equitable theory under Washington law or Bankruptcy Law to reduce or deny the Deutsche Bank Claim #3.

November 4, 2022

*/s/ Curtis R. Harris*
Curtis Harris

I, Billie Harris make this declaration based on my personal knowledge.

1. I have attached a true and correct copy of the Chicago Title, Title Report.
2. I have also attached a true and correct copy of the Final Report and Account from the completed Chapter 13 Plan.

I make this declaration under the penalty of perjury under the laws of Washington in Auburn, Washington on the ___ day of December, 2022.

*/s/ Billie J. Harris*
Billie Harris

OBJECTION TO CLAIM