Judge: Timothy W. Dore
Chapter: 13
Hearing Date: January 4, 2023
Hearing Time: 9:30 a.m.
Hearing Location:
    U.S. Bankruptcy Court
    700 Stewart St #8106
    Seattle, WA 98101
Response Date: December 28, 2022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br>BILLIE J HARRIS ,<br><br>                         Debtor. | IN CHAPTER 13 PROCEEDING<br>No. 22-11028-TWD<br><br>RESPONSE TO CURTIS HARRIS' OBJECTION TO CLAIM OF DEUTSCHE BANK NATIONAL TRUST COMPANY |

    Jason Wilson-Aguilar, Chapter 13 Trustee, responds to Curtis Harris' Objection to Claim of Deutsche Bank National Trust Company (ECF No. 37):

    Curtis Harris, the apparent co-debtor on the mortgage claim by Deutsche Bank National Trust Company objects to the claim (ECF Claim No. 3) and requests that the Court deny or reduce the claim. The Trustee responds to Mr. Harris' objection as follows:

1) It does not appear that Mr. Harris has served his objection. In any proceeding which is to be accorded finality, due process requires notice reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections. *Mullane v. Central Hanover Bank & Trust Co. et al.,* 339 U.S. 306, 314 (1950). Mr. Harris needs to serve his objection and notice of hearing with at least 30 days' notice of the date of the hearing. Federal Rule of Bankruptcy Procedure 3007(a)(1).

2) Mr. Harris' objection does not include a proposed form of order as required by Local Bankruptcy Rule of Procedure 9013-1(d)(1)(D). Mr. Harris needs to file a proposed form of order along with his objection.

RESPONSE TO CURTIS HARRIS'
OBJECTION TO CLAIM OF DEUTSCHE
BANK NATIONAL TRUST COMPANY - 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

Case 22-11028-TWD   Doc 46   Filed 12/28/22   Ent. 12/28/22 17:55:56   Pg. 1 of 2

3) As Mr. Harris' objection does not include a proposed form of order it is unclear what relief he will ultimately request. To the extent that he requests that all or part of the claim is disallowed, the proposed form of order should state that: "This order does not require the Trustee to recover any funds that may have been disbursed prior to the entry of this order."

The Trustee reserves the right to assert additional bases for his objection.

WHEREFORE, the Chapter 13 Trustee requests that the Court overrule Curtis Harris' Objection to Claim of Deutsche Bank National Trust Company.

Dated this 28th day of December, 2022

          */s/ Kristin D. Bowen*, WSBA #46688 for
          JASON WILSON-AGUILAR
          Chapter 13 Trustee

RESPONSE TO CURTIS HARRIS'
OBJECTION TO CLAIM OF DEUTSCHE
BANK NATIONAL TRUST COMPANY - 2

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

Case 22-11028-TWD    Doc 46    Filed 12/28/22    Ent. 12/28/22 17:55:56    Pg. 2 of 2