Jesse A.P. Baker (SBN 36077)
jbaker@aldridgepite.com
**ALDRIDGE PITE, LLP**
The Ogden Building
9311 SE 36th St, Ste 100
Mercer Island, WA 98040
Telephone: (425) 644-6471

<u>Mailing Address</u>:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 326-2430

Honorable Timothy W. Dore
Chapter: 13
Hearing Date: January 4th 2021
Hearing Time: 9:30 a.m.

# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| In re<br><br>BILLIE JEAN HARRIS,<br><br>Debtor(s). | Case No. 22-11028-TWD<br><br>Chapter 13<br><br>**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-R5 RESPONSE TO OBJECTIONS TO CLAIM 3 (DKTs 34, 37 and 44)** |

Creditor, Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-R5 (hereinafter "Deutsche Bank"), creditor of the above-entitled Debtors (hereinafter "<u>Debtor</u>"), hereby submits its preliminary Response ("<u>Response</u>") to the Debtor and Co-Debtor's Objections To Claim 3.

Deutsche Bank joins the Trustee's objection to all three objections to claim as they were not noticed properly per the Local Bankruptcy Rules. Accordingly, all three matters need to be re-noticed and those notices need to be served.

Substantively, Deutsche Bank objects to Debtor's Objection to Claim on the following grounds.

- 1 -

Debtor seeks to have Pre-Judgment Interest, Escrow Advances, Fees and Costs as well as Post-Judgment Fees and Costs denied from being included in the Proof of Claim. However, Deutsche Bank's claim is supported by loan documents that specifically allow Deutsche Bank to recover these amounts from the Debtor. Indeed, the Deed of Trust attached to the Proof of Claim (pgs 38 through 52) include provisions in paragraphs 1, 4, 9, 14, and 20 that provide that the Lender may charge interest, fees, costs, taxes, assessments, liens, fines back to the Borrower. The fact that some of these expenses were not included in a Judgment does not prevent Deutsche Bank from recovering them. Deutsche Bank can file a Supplemental Judgment to recover these costs. In fact, the Judgment cited by Debtor and included in the Proof of Claim at page 32 provides for post-Judgment Interest at page 33 paragraph 14. In addition, the Judgment, paragraph 7 on page 35 of the Proof of Claim, provides that the "Judgment shall be supplemented by Plaintiff, through Declaration of Counsel, to reflect the amount due with further notice to Defendants." Debtor has not provided any evidence to show that these claims cannot be collected. While Debtor alludes to the fees and costs not being included in the Judgment as evidence that the fees and costs are not allowed by the court, there is no such language in the Judgment; rather, the language in the Judgment appears to contradict this allegation. Accordingly, to the extent that the Court wants to rule on the Objection at the hearing on January 4, 2023, Deutsche Bank requests that the Court overrule the objection.

      The two Objections filed by the Co-Debtor should be summarily overruled. The Co-Debtor seeks the Claim be disallowed but supports this request with arguments that have been previously considered by a Court. The *Rooker-Feldman* doctrine prevents the lower federal courts from exercising jurisdiction over cases brought by "state-court losers" challenging "state-court judgments rendered before the district court proceedings commenced." *Exxon Mobil Corp.* v. *Saudi Basic Industries Corp.,* 544 U. S. 280, 284 (2005). Any challenge to the foreclosure was either argued or should have been brought before the State Court prior to the Judgment being rendered. Accordingly, these arguments cannot now be brought before the court. In addition, there is no evidence to support the claims alleged in the Objection. Accordingly, Deutsche Bank requests that the Objections to Claim filed by the Co-Debtor be overruled.

- 2 -

Case 22-11028-TWD    Doc 49    Filed 01/03/23    Ent. 01/03/23 15:10:37    Pg. 2 of 5

## I. CONCLUSION

Based on the foregoing, Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-R5 respectfully requests this Court to overrule the three Objections to Claim of Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-R5; or at a minimum to require the parties to notice and serve the objections and notices properly such that Creditor has anb opportunity to respond; and for other relief as is just.

Respectfully submitted,

Dated: January 3, 2022                   ALDRIDGE PITE, LLP

/s/ Jesse A.P. Baker
JESSE A.P. BAKER (WSBA# 36077)
Attorneys for Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-R5

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON – SEATTLE DIVISION

CERTIFICATE OF SERVICE BY MAIL

I, Lauren Timby, am employed by Aldridge Pite, LLP, and I am over the age of eighteen (18) years, and not a party to the within action. My business address is 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92117-0933.

I served the attached Response to Debtor's Objection to Proof of Claim by placing a true copy thereof in an envelope addressed to:

<u>DEBTOR</u>

(VIA U.S. MAIL)
Billie Jean Harris
34906 Military Road S
Auburn, WA 98001

<u>DEBTOR(S) ATTORNEY</u>
(VIA ELECTRONIC NOTICE)
Jason E. Anderson

<u>TRUSTEE</u>
(VIA ELECTRONIC NOTICE)
Jason Wilson-Aguilar

<u>UNITED STATES TRUSTEE</u>
(VIA ELECTRONIC NOTICE)
United States Trustee

which envelope was then sealed and postage fully prepaid thereon, and thereafter, on, January 3, 2023, deposited in the United States Mail at San Diego, California. There is regular delivery service between the place of mailing and the place so addressed by the United States Mail.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: <u>1/3/2023</u>        /s/Lauren Timby
                              LAUREN TIMBY