**Below is the Order of the Court.**

_____

**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

TIMOTHY W. DORE
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

In re:

Billie Jean Harris,

Debtor.

Case No. 22-11028-TWD

**ORDER SUSTAINING IN PART OBJECTION TO CLAIM NO. 3**

THIS MATTER came before the Court on Debtor's objection to Claim No. 3 [Docket No. 34] ("Objection"). The Court has reviewed and considered the Objection, all evidence submitted in support of and in opposition to the Objection, the records and files in this case, and the oral argument at the January 4, 2023 hearing on the Objection. At the conclusion of the hearing, the Court gave an oral

ruling, which constitutes the Court's findings of fact and conclusions of law pursuant to Federal Rule of Bankruptcy Procedure 7052 and Federal Rule of Civil Procedure 52(a).

Now, therefore, it is hereby ORDERED that:

1. Claim No. 3 is allowed in the amount of $530,204.31 as of the petition date.
2. The balance of the Objection is denied.

/// End of Order ///