Entered on Docket January 5, 2023

**Below is the Order of the Court.**

_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

---

TIMOTHY W. DORE
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| In re: | |
|---|---|
| Billie Jean Harris, | Case No. 22-11028-TWD |
| Debtor. | **ORDER DENYING OBJECTION TO CLAIM NO. 3** |

THIS MATTER came before the Court on Mr. Harris' objection to Claim No. 3 [Docket Nos. 37, 42, 43, 44] (collectively, "Objection"). The Court has reviewed and considered the Objection, all evidence submitted in support of and in opposition to the Objection, the records and files in this case, and the oral argument at the January 4, 2023 hearing on the Objection. At the conclusion of the hearing,

the Court gave an oral ruling, which constitutes the Court's findings of fact and conclusions of law pursuant to Federal Rule of Bankruptcy Procedure 7052 and Federal Rule of Civil Procedure 52(a).

Now, therefore, it is hereby ORDERED that the Objection is denied without prejudice.

/// End of Order ///