Entered on Docket January 6, 2023

**Below is the Order of the Court.**

**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re:<br><br>BILLIE J HARRIS,<br><br>Debtor(s). | IN CHAPTER 13 PROCEEDING<br>NO. 22-11028-TWD<br><br>ORDER CONTINUING TRUSTEE'S MOTION TO DISMISS CASE |
|---|---|

THIS MATTER came before the Court on the Chapter 13 Trustee's Motion to Dismiss Case (ECF No. 16). The Trustee and debtor agree that, as of January 4, 2023, the Trustee has received $8,100.00 in plan payments from the debtor. Based on the agreement of the parties, it is

ORDERED that:

1) By January 27, 2023, the debtor shall file, note and properly serve a feasible amended plan. The debtor shall set the amended plan for hearing on the Court's March 1, 2023 calendar;

2) By January 27, 2023, the debtor shall provide the Trustee with a statement of the debtor's BECU checking account reflecting the balance of the account as of the petition date;

3) In addition to the $8,100.00 referenced above, the debtor shall make the following plan payments:

a) $1,500.00 so that the plan payment is received and posted by the Trustee by January 20, 2023; and

b) The plan payment amount included in her amended plan so that the plan payment is received and posted by the Trustee by February 24, 2023;

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

4) If the debtor fails to comply with any provision of this order, the Trustee may submit an *ex parte* order dismissing this case; and

5) The Trustee's Motion to Dismiss Case is continued to the Court's March 1, 2023 calendar.

///End of Order///

Presented by:

*/s/ Jason Wilson-Aguilar*
JASON WILSON-AGUILAR, WSBA #33582
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

Approved:

*/s/ Jason E. Anderson* [approved by email]
Jason E. Anderson, WSBA #32232
Attorney for Debtor

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282